NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1386

PRINCO CORPORATION and PRINCO AMERICA CORPORATION,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

U.S. PHILIPS CORPORATION,

Intervenor.

On Appeal from the United States International Trade Commission in Investigation No. 337-TA-474.

ON MOTION

O R D E R

The parties jointly move to extend the time for filing their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The Appellants' and the Appellee's briefs are due January 15, 2010; the Intervenor's brief is due February 5, 2010.

FOR THE COURT

Dated:  December 11, 2009         /s/ Jan Horbaly
                                  Jan Horbaly, Clerk

cc:  Eric L. Wesenberg
     Clara Kuehn
     Edward C. DuMont

2007-1386                          - 2 -